USDC SCAN INDEX SHEET










```
AJG    8/9/05    7:54
3:05-CV-00941    CASTANEDA V. AMERICAN FAMILY LIFE
*18*
*CLKJGM.*
```

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Victoria E. Castaneda     Plaintiff

V.

American Family Life Assurnace Company on
Columbus " AFLAC," and DOES 1 through 30

Defendant

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:    05CV-941- WQH (POR)

FILED AUG - 9 2005 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiffs' motion to remand the action to the Superior Court of the State of California for the County of San Diego [ doc.no 5] is granted ; It is further ordered that Plaintiff's request for attorney fees and costs is denied

| August 9, 2005 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | Anthony J. Gray |
| | (By) Deputy Clerk |
| | ENTERED ON August 9, 2005 |

18